IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MICHAEL E. LEE,

      Appellant,

v.

      Case No. 5D21-1401
      LT Case No. 2018-CF-933

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed June 14, 2022

Appeal from the Circuit Court
for Lake County,
Mark J. Hill, Judge.

Matthew J. Metz, Public Defender, and
Kathryn Rollison Radtke, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Daniel P. Caldwell,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED. *See Santiago-Gonzalez v. State*, 301 So. 3d 157
(Fla. 2020).

COHEN, EDWARDS and EISNAUGLE, JJ., concur.